THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAVAN SINGH SAHOTA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>THE ISLANDER, Official No. 248189, her gear, furniture, equipment, etc., *in rem*,<br><br>　　　　Defendant. | CASE NO. C18-1455-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for an order authorizing issuance of arrest warrant (Dkt. No. 2). Having thoroughly considered the relevant record, the Court finds probable cause for arrest exists and hereby GRANTS the motion.

The Court ORDERS the Clerk of Court to issue a warrant for the arrest of the in rem defendant, THE ISLANDER, Official Number 248189, and its gear, furniture, equipment, etc.

DATED this 4th day of October 2018.

　　　　　　　　　　　　　　　　　　　　　　A
　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
C18-1455-JCC
PAGE - 1