THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAVAN SINGH SAHOTA,<br><br>           Plaintiff,<br><br>    v.<br><br>THE ISLANDER, Official No. 248189, her gear, furniture, equipment, etc., *in rem*,<br><br>           Defendant. | CASE NO. C18-1455-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal and proposed order (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The United States Marshal is directed to RELEASE the vessel, Official No. 248189, from arrest. The Clerk is directed to deliver two certified copies of this order to the United States Marshal. The Clerk is directed to CLOSE this case.

*//*

*//*

*//*

MINUTE ORDER
C18-1455-JCC
PAGE - 1

1   DATED this 25th day of October 2018

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C18-1455-JCC
PAGE - 2